UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAY FREUND,

        Plaintiff,

v.                                            Case No. 04-C-611

THE PURDUE PHARMA COMPANY, et al.,

        Defendant.

**ORDER**

        Plaintiff has filed a motion seeking reconsideration of my order denying a stay in this case. The motion cites recent developments in the JPML proceedings as well as district court decisions it believes are favorable to its case. The defendants oppose the motion and have cited decisions on the other side. The motion will be denied. The fact that the JPML panel scheduled a hearing recently does not bear on whether the case will be consolidated with others like it. Further, any remaining discovery here is limited, and it is difficult to envision significant efficiencies evolving from the issuance of a stay in this case. Nor do any other developments warrant further consideration of plaintiff's motion. The motion for reconsideration is therefore DENIED.

        Dated this   4th   day of October, 2005.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge